**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Plashette Sheri Boyer | CHAPTER 13 |
| Debtor(s) | |
| | BKY. NO. 20-14889 PMM |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Centier Bank c/o Triad Financial Services and index same on the master mailing list.

                  Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
21 Jan 2021, 15:40:16, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322