# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Plashette Sheri Boyer<br>　　　　　　　　　Debtor(s)<br><br>Centier Bank c/o Triad Financial Services<br>　　　　　　　　　Movant<br>　　vs.<br><br>Plashette Sheri Boyer<br>　　　　　　　　　Debtor(s)<br><br>Scott F. Waterman<br>　　　　　　　　　Trustee | CHAPTER 13<br><br><br>NO. 20-14889 PMM |

## ORDER

AND NOW, this          day of                , 2021, it is:

ORDERED THAT: Debtors are required to make monthly adequate protection payments to Movant, commencing with the first post-petition monthly payment of January 1, 2021, in the amount of $824.19, which represents the pre-petition principal and interest payment of $718.63 plus one-twelfth of the current negative escrow balance of $1,270.25, through December 1, 2021 which payments shall not be subject to disgorgement or repayment and should be without prejudice to the right of Centier Bank c/o Triad Financial Services to protect its claim and otherwise enforce its rights and/or seek remedies as allowed under the Bankruptcy Code, including additional adequate protection, relief from the automatic stay, or other equitable relief as allowed.

Should Debtor's Plan not be confirmed prior to January 1, 2022, Debtor shall continue making adequate protection payments in the amount of $718.63 beginning on January 1, 2022 and continuing thereafter.

The amount ultimately determined to be paid to Movant by Debtor through Debtor's Plan, shall be reduced by any adequate protection payments received by Movant. Should Debtor's Plan be confirmed prior to Debtor's full repayment of the negative escrow balance, any remaining balance shall be added to the amount to be paid by Debtor through Debtor's Plan.

**Date: March 18, 2021**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Patricia M. Mayer*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.